UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARLANTIS J. GILMORE,              )<br>                                                      )<br>         Plaintiff,                          )<br>                                                      )<br>    vs.                                          )<br>                                                      )<br>CHARLES SHEETS, *et al.*,          )<br>                                                      )<br>         Defendants.                      )  | Case No. 4:24-cv-00743-MTS |

## MEMORANDUM OPINION

This matter is before the Court on review of the file. On June 25, 2024, the Court denied, without prejudice, Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs because Plaintiff failed to include a certified copy of his trust fund account statement (or institutional equivalent). *See* Doc. [4]; *see also* 28 U.S.C. § 1915(a)(2). The Court ordered Plaintiff either to file a new Application with a certified copy of his account statement or to prepay the entire filing fee by August 09, 2024. Doc. [6]. In response, Plaintiff filed an *uncertified* copy of his account statement and did not submit a new Application. Doc. [5]. On August 20, 2024, the Court provided Plaintiff a final opportunity to correct the issues or prepay the filing fee by September 19, 2024.

Plaintiff has not sought to correct these issues; nor has he filed anything indicating that he is unable to do so. Because Plaintiff has failed to prepay the filing fee or file a proper application along with a certified account statement as required by 28 U.S.C. § 1915(a), and because Plaintiff has failed to obey the orders of this Court, the Court will dismiss this action without prejudice. *See Hutchins v. A.G. Edwards & Sons, Inc.*, 116

F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders."). An Order of Dismissal will be entered herewith.

Dated this 2nd day of December 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE